377 A.2d 165

Commonwealth v. Bullock, Appellant.

Submitted December 30, 1975. Elaine DeMasse and John W. Packel, Assistant Defenders, for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.